UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| v. | : | **MAGISTRATE NO.** |
| **STEPHEN ROCHE,** | : | VIOLATIONS: 18 U.S.C. § 922(a)(5) (Illegal Transfer, Sale, Trade, Delivery |
| Defendant. | : | or Transport of a Firearm) |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

Between on or about November 24, 2007, and on or about January 18, 2008, within the District of Columbia, the defendant, Stephen Roche, not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, did willfully transfer, sell, trade, give, transport, and deliver a firearm, that is, a HiPoint nine millimeter pistol, serial number P1385071, to an individual known to the defendant as "Moe," said person not being a licensed importer, manufacturer, dealer, and collector of firearms, within the meaning of Chapter 44, Title 18, United States Code, and knowing and with reasonable cause to believe that said person was not then residing in the State of Ohio, the State in which the

defendant was residing at the time of the aforesaid transfer of the firearm.

**(Illegal Transfer, Sale, Trade, Delivery or Transport of a Firearm**, in violation of Title 18, United States Code, Sections 922(a)(5) and 924(a)(1)(D))

        JEFFREY A. TAYLOR
        Attorney of the United States in
        and for the District of Columbia
        Bar No. 498610

BY: *[signature]*
        EMILY A. MILLER
        Assistant United States Attorney
        Bar No. 462077
        Federal Major Crimes Section
        555 4th Street, N.W., Room 4237
        Washington, DC 20530
        (202) 514-7533
        Emily.Miller2@usdoj.gov